JOHN J. KANE, as Administrator, etc., of NELLIE KANE, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

ELIZABETH K. KUENZLEN, Respondent, v. HENRY M. DIETZ and MENZO HERRIMAN, Appellants.— Judgment and order unanimously affirmed, with costs. The evidence being sufficient to warrant the verdict against both defendants the instruction of the court to the jury, contained in the record at folio 353, although erroneous, having been consented to by appellants, is not ground for reversal upon this appeal. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

GEORGE J. NEWTON, Respondent, v. CHARLES D. MILLARD, Executor, etc., of EMMA S. PAINE, Deceased, Defendant, Impleaded with EUGENIA SWENSON, Individually and as Executrix, etc., of EMMA S. PAINE, Deceased, and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

OTTO N. NILSON, 3D, an Infant, by OTTO N. NILSON, JR., His Guardian ad Litem, Respondent, v. BOARD OF EDUCATION, UNION FREE SCHOOL DISTRICT No. 9, TOWN OF HEMPSTEAD, NASSAU COUNTY, N. Y., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent, v. THE STATE BOARD OF TAX COMMISSIONERS, Appellant.— Order amending proceedings *nunc pro tunc* reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the petition, writ and return referred to one particular assessment therein specified and the court had no power five years later to bring in new assessments in other villages and towns not referred to in the original petition and writ. The grievance stated by the relator and recited in the writ of certiorari was the assessment of relator's special franchise at a valuation of $8,330 in the village of Mamaroneck, town of Rye. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

MARY ANN RAYNOR, Respondent, v. WILLETT RAYNOR, Appellant.— The " Fourth " finding of fact and the " First " and " Second " conclusions of law, and the judgment, are reversed upon reargument, and a new trial granted, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur. Settle order on notice.

HARRY L. B. RYDER, Respondent, v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.— Order granting bill of particulars reversed on the law, with ten dollars costs and disbursements, and motion denied, without costs. The particulars sought are part of the facts which must be proven by the plaintiff on his affirmative case. If plaintiff desires a copy of the proof of loss filed, that may be obtained in discovery proceedings; the other evidence which he desires may be obtained by an examination of the defendant before trial. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.